SOLOMON ZAUDERER, Infant, by GEORGE ZAUDERER, Guardian ad Litem, Appel-

lant, v. Market Street Long Beach Realty Corporation and Morris Alfred Vogel, Respondents.— Judgment reversed on the law, and judgment directed for plaintiff, with costs. Finding of fact 6 and conclusions of law 3, 4, 5 and 6 are reversed and plaintiff's proposed findings of fact numbered 6 to 13, both inclusive, and conclusions of law numbered 3 to 7, both inclusive, found. This court is of the opinion that the plaintiff established a *prima facie* case of infancy (*Koester* v. *Rochester Candy Works*, 194 N. Y. 92), and the defendants defaulting, and no testimony being offered in contradiction of the plaintiff's proof, the learned trial court was not at liberty to disregard it. (*Hull* v. *Littauer*, 162 N. Y. 569.) In view of this decision the appeal from the order denying motion for a new trial is dismissed. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.